**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                         Case Number:   08 C 281

MARK SZCZESUIL

    V.

SHERIFF OF LAKE COUNTY and LAKE COUNTY, ILLINOIS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

    SHERIFF OF LAKE COUNTY and COUNTY OF LAKE

| | |
|---|---|
| NAME (Type or print)<br>Daniel P. Field | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/Daniel P. Field | |
| FIRM<br>SCARIANO, HIMES AND PETRARCA | |
| STREET ADDRESS 209 WEST MADISON STREET | |
| CITY/STATE/ZIP   WAUKEGAN, IL 60085-4345 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>00800597 | TELEPHONE NUMBER<br>847-662-5800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES X   NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES X   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES X   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |