IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARK SZCZESUIL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 281 |
| | ) | |
| SHERIFF OF LAKE COUNTY and COUNTY OF LAKE, | ) ) | Judge Blanche M. Manning |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on March 5, 2008, I electronically filed the Appearance of Sheriff of Lake County and the County of Lake with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Kenneth N. Flaxman        knf@kenlaw.com


Respectfully submitted,


By:    s/ Daniel P. Field

Daniel P. Field
SCARIANO, HIMES AND PETRARCA
209 West Madison Street
Waukegan, IL 60085-4345
(847) 662-5800
ARDC No. 00800597
dpfield1@gmail.com