## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Mark Szczesuil

                      Plaintiff,

v.                                          Case No.: 1:08–cv–00281
                                              Honorable Blanche M. Manning

Sheriff of Lake County, et al.

                      Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 17, 2008:

       MINUTE entry before Judge Honorable Blanche M. Manning: Status hearing held on 4/17/2008. Status hearing set for 6/17/2008 at 11:00 AM. Any amended complaint shall be filed no later than 5/8/2008. Defendants shall answer or otherwise plead by 5/28/2008.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.