**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| MARK SZCZESUIL  v.  Sheriff of Lake County and Lake County | 08-C00281 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MARK SZCZESUIL

| | |
|---|---|
| **NAME** (Type or print) Thomas G. Morrissey | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) s/ Thos G Morrissey | |
| **FIRM** Thomas G. Morrissey | |
| **STREET ADDRESS** 10249 S. Western Ave | |
| **CITY/STATE/ZIP** Chicago, IL 60643 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) 3125372 | **TELEPHONE NUMBER** 773-233-7400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

