IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Mark Szczesuil | ) | |
| | ) | No. 08 C 00281 |
| | ) | Judge: Blanche M. Manning |
| Sheriff of Cook County | ) | |
| and Cook County | ) | |

**NOTICE OF FILING**

To: See Service List

    Please Take Notice that on April 23, 2008, I filed with the United States District Court for the Northern District of Illinois, Eastern Division, an appearance.

.

    Dated this 23rd day of April, 2008 at Chicago, Il.

Respectfully submitted

/s/ Thomas G. Morrissey

Thomas G. Morrissey, ltd
Thomas G. Morrissey
10249 S. Western Ave.
Chicago, Il. 60643

# CERTIFICATE OF SERVICE

I, Thomas G. Morrissey, an Attorney for the Plaintiffs, deposes and states that he served a copy of the foregoing appearance by E-Filing to the Defendant's Attorney Daniel Playfair Field on April 23, 2008.

/s/ Thomas G. Morrissey
One of the Attorneys for the Plaintiffs

Thomas G. Morrissey
Thomas G. Morrissey, Ltd.
10249 S. Western Avenue
Chicago, IL 50543
Phone: 773-233-7900
Fax:    773-239-0387