## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge Manning | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 08 C 281 | **DATE** | 5/21/2008 |
| **CASE TITLE** | Szczesuil v. Sheriff of Lake County et al | | |

**DOCKET ENTRY TEXT**

Status hearing held; continued to 7/7/08 at 9:00 a.m. The Parties to prepare and submit to the Court a discovery scheduling plan by 6/23/08. *AK*

Docketing to mail notices.

00:03;nfpc

| | Courtroom Deputy Initials: | AC |
|---|---|---|