| Order Form (01/2005) | | | | |
|---|---|---|---|---|
| **United States District Court, Northern District of Illinois** | | | | |
| Name of Assigned Judge or Magistrate Judge | Judge Manning | Sitting Judge if Other than Assigned Judge | Arlander Keys | |
| **CASE NUMBER** | 08 C 281 | **DATE** | 7/28/08 | |
| **CASE TITLE** | Szczesuil v. Sheriff of Lake County et al | | | |

**DOCKET ENTRY TEXT**

Status hearing held; continued to 9/24/08 at 9:00 a.m. Fact discovery closes on 11/28/08. Counsel for Defendants only appeared. Discovery is proceeding. /AK/

Docketing to mail notices.

00:03;nfpc



| | Courtroom Deputy Initials: | AC |
|---|---|---|

08C281

Page 1 of 1