**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Mark Szczesuil
                              Plaintiff,

v.                                            Case No.: 1:08−cv−00281
                                            Honorable Blanche M. Manning

Sheriff of Lake County, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 6, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: Status hearing set for 8/7/2008 is reset to 10/7/2008 at 11:00 AM. with the understanding that the parties are diligently pursuing discovery within the parameters set by Magistrate Judge Keys and are mindful of the discovery cut−off date.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.